IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00040-MSK-MEH

SHIRE LLC,
SUPERNUS PHARMACEUTICALS, INC.,
SHIRE DEVELOPMENT INC.,
SHIRE INTERNATIONAL LICENSING B.V.,
AMY F. T. ARNSTEN, Ph.D.,
PASKO RAKIC, M.D., and
ROBERT D. HUNT, M.D.,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 4, 2012.**

    The Joint Motion to Vacate the April 9, 2012 Scheduling Conference [filed April 2, 2012; docket #19] is **granted**. The Scheduling Conference currently set for April 9, 2012, is **vacated**. On or before April 5, 2012, counsel for the parties shall first teleconference together, then call my Chambers at (303) 844-4507 to obtain an alternate date for the conference.